order affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Frans Poel and Charles H. Arnold, Copartners Doing Business under the Firm Name of Poel & Arnold, Plaintiffs, v. William Hills and William Hills, Jr., Copartners Doing Business under the Firm Name of William Hills, Jr., Defendants.— Exceptions overruled, motion for new trial denied and judgment directed on verdict, with costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

George W. Adams, Respondent, v. Leander S. Sire, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Louis A. Davids and Another v. Louis Bauer.— Motion granted; questions certified. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

First Commercial Bank of Pontiac v. Moses M. Valentine and Another. — Motion granted; questions certified. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ford Motor Company, Appellant, v. Bowring & Company and Atlantic Transport Company, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Ford Motor Company, Appellant, v. Bowring & Company and Atlantic Transport Company, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Franz Sadan, Respondent, v. B. Crystal & Son, Appellant.— Judgment and order affirmed, with costs, on 151 Appellate Division, 950. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. (Clarke and Scott, JJ., dissented.)

The People of the State of New York, Respondent, v. Jack Vigorito, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Union Dime Savings Bank, Respondent, v. August W. Brockmeyer, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Frederick Potter and Clarence H. Kelsey, as Trustees of a Certain Trust Created by the Heirs of Orlando B. Potter, Deceased, Respondents, v. The Park Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James H. Post, Individually, etc., Appellant, v. William J. Logan, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Clara Lipman Mann, Respondent, v. Louis F. Werba and Mark A. Luescher, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer